UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL EUGENE FLENNORY,       ) | |
|                                                              ) | |
|           Plaintiff,                                   ) | |
|                                                              ) | |
|   v.                                                      ) | No. 2:12CV27 HEA |
|                                                              ) | |
| ROBERT DAWSON, et al.,                   ) | |
|                                                              ) | |
|           Defendants.                              ) | |

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 30th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE